UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MASIEH POURAHMAD,           )   Case No. CV 09-8164-SJO (AJW)
                            )
        Petitioner,         )
                            )
    v.                      )   JUDGMENT
                            )
ROBERT DOYLE, CHAIRMAN      )
BOARD OF PAROLE HEARINGS,   )
                            )
        Respondent.         )
_____)

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: 2/20/2010

_____
S. James Otero
United States District Judge